**IN RE: Douglas A. GROOMS, Debtor**

**Joseph B. Spero, Trustee, Plaintiff**

**v.**

**Community Chevrolet, Inc., and the United States of America, Defendants**

**Case No. 16–10030–TPA**
**Adv. No. 16–1041–TPA**

United States Bankruptcy Court,
W.D. Pennsylvania.

Signed August 22, 2017

Stephen H. Hutzelman, Shapira Hutzelman Berlin Ely Smith et al, Erie, PA, for Debtor.

Joseph B. Spero, Erie, PA, for Plaintiff.

Larry E. Wahlquist, U.S. Trustee Program/Dept. of Justice, Pittsburgh, PA, for U.S. Trustee.

### ORDER OF JUDGMENT

Thomas P. Agresti, Judge United States Bankruptcy Court

*AND NOW,* this **22nd** day of *August, 2017,* for the reasons stated in the *Memorandum Opinion* filed this date at Doc. No. 77, it is *ORDERED, ADJUDGED* and *DECREED* that,

(1) The *Motion for Summary Judgment* filed by the Trustee is *GRANTED.*

(2) The *Motion for Summary Judgment* filed by the United States of America is *DENIED.*

(3) *Judgment is entered* in favor of the Trustee and against Community Chevrolet, Inc. *in the amount of $100,000.*

(4) Proof of Claim 1–1 filed by Community Chevrolet, Inc. is *DISALLOWED effective September 21, 2017,* unless prior to that date it satisfies the judgment entered by Paragraph 3, such disallowance being without prejudice to reconsideration if said judgment is satisfied on a date thereafter but prior to the closure of the case.